| Prob 22 (2/98) | | DOCKET NUMBER (Tran Court) 0863 3:05CR00563-001 |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER (Rec Court) |

| NAME AND ADDRESS OF PROBATION/SUPERVISED RELEASEE: Jayson Harris | DISTRICT Southern Iowa | DIVISION Central |
|---|---|---|
| | NAME OF SENTENCING JUDGE Harold D. Vietor Senior U. S. District Judge | |
| | DATES OF PROB/TSR RELEASE | FROM 2/1/2008 | TO 1/31/2011 |

OFFENSE

18:1343 - Wire Fraud (Ct. 28)
18:1029(a)(3) - Fraud and Related Activity in Connection with Access Devices (Ct. 76)

08CR 573
JUDGE ZAGEL
MAGISTRATE JUDGE COX

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **SOUTHERN DISTRICT OF IOWA**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **Northern District of Illinois** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

Dated: July 9, 2008

*Harold D. Vietor*
Senior U.S. District Judge

* This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **NORTHERN DISTRICT OF ILLINOIS**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

JUL 17 2008
Date

*James F. Holderman*
United States District Judge

FILED

JUL 2 1 2008 CM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT